COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:    Humble Surgical Hospital, L.L.C. v. Courtney Johnson, as
Representative of the Estate of John V. Johnson, III,
Deceased and As Next Friend of Minor, P.J., B.J. and K.J.

Appellate case number:    01-16-00433-CV

Trial court case number:    2015-20512

Trial court:    333th District Court of Harris County

On November 15, 2016, this Court had granted the agreed motion of the parties to abate this appeal and remand to the trial court to explore settlement through a mediation scheduled for December 2016. *See* TEX. R. APP. P. 42.1(a)(2)(C). That Order also stated that this appeal would be reinstated within 60 days of that Order unless either party filed a motion to extend the abatement or to reinstate this appeal.

On January 20, 2017, the parties filed this agreed motion to reinstate this appeal, stating that, although mediation was completed on December 19, 2016, the case was not resolved, and further request that this Court reinstate this accelerated appeal. Also on January 20, 2017, the appellee, Courtney Johnson, as Representative of the Estate of John V. Johnson, III, Deceased and As Next Friend of Minor, P.J., B.J. and K.J., filed her appellee's brief in this Court.

Accordingly, the Court **GRANTS** the agreed motion to reinstate. The Clerk of this Court is directed to **REINSTATE** this appeal on the active docket and to mark it as ready to be set at issue. Appellant's reply brief, if any, is due **within 20 days of the date of this order**. *See* TEX. R. APP. P. 2, 38.6(c), 39.8. The Clerk of this Court will set this case at a later date for submission at the soonest practicable time and may set it without the reply brief being filed. *See id.* 38.3, 39.8.

It is so **ORDERED**.

Judge's signature: /s/ Laura Carter Higley
                ☒ Acting individually

Date: January 26, 2017